No. 93–5749. ANDERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5751. AUSTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5754. HORNICK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5757. FEURY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5758. TURNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5761. PAYTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5763. OSORIO-GONZALEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5764. LIBUTTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5765. MILLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5769. LUMER v. LEHMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5777. CHUKWURAH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5780. DELAY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5786. ENRIQUEZ, AKA BARAZA-BARAZA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5830. BALL v. CARR. C. A. 11th Cir. Certiorari denied.

No. 92–1678. ALABAMA v. CALDWELL. Ct. Crim. App. Ala. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.